IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-01184 (APM) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

DATE: December 18, 2015

Respectfully submitted,

| | |
|---|---|
| CHANNING D. PHILLIP, D.C. BAR #415793<br>United States Attorney<br>For the District of Columbia | /s/ Daniel Z. Epstein<br>DANIEL Z. EPSTEIN<br>daniel.epstein@causeofaction.org<br>D.C. Bar No. 1009132 |
| DANIEL F. VAN HORN, D.C. BAR #924092<br>Civil Chief | /s/ Eric R. Bolinder<br>ERIC R. BOLINDER<br>eric.bolinder@causeofaction.org<br>D.C. Bar No. 1028335 |
| BY:<br><br>/s/ Benton G. Peterson<br>BENTON G. PETERSON, BAR # 1029849<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>555 4th Street, N.W. - Civil Division<br>Washington, D.C. 20530<br>(202) 252-7566<br><br>*Counsel for Defendant* | Cause of Action Institute<br>919 Pennsylvania Ave., NW, Suite 650<br>Washington, D.C. 20006<br>Telephone:  (202) 499-4232<br>Facsimile:  (202) 330-5842<br><br>*Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of the foregoing JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE on all parties of record through the Court's ECF system this 18th Day of December, 2015.

/s/ Eric R. Bolinder
Eric R. Bolinder